TDCJ Offender Details     03,3740 |Page 1 of 2



**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**    TDCJ Home    New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 06241990 |
| **TDCJ Number:** | 01466116 |
| **Name:** | CEASAR,CHRISTOPHER CARDELL |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1970-11-30 |
| **Maximum Sentence Date:** | 2031-12-25 |
| **Current Facility:** | TERRELL |
| **Projected Release Date:** | 2031-12-25 |
| **Parole Eligibility Date:** | 2019-06-25 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2006-12-22 | AGG ROBBERY | 2007-08-16 | HARRIS | 1098088 | 25-00-00 |